AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RENZO BARBERI <br><br> *Plaintiff(s)* <br> v. <br> RICKY'S MEATS & DELI CORP., a Florida Profit Corporation, and JOSE S. MARTINEZ and MARTA MARTINEZ, Individuals <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  **17-CV-23005-Ungaro/O'Sullivan** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RICKY'S MEATS & DELI CORP.
REGISTERED AGENT:
MARTINEZ, RICARDO
2614 N.W. 31ST STREET
MIAMI, FLORIDA 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD.
SUITE 503
HALLANDALE, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, RENZO BARBERI

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 9, 2017**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RENZO BARBERI | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **17-CV-23005-Ungaro/O'Sullivan** |
| RICKY'S MEATS & DELI CORP., a Florida Profit Corporation, and JOSE S. MARTINEZ and MARTA MARTINEZ, Individuals | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSE S. MARTINEZ
5555 COLLINS AVE., APT. 14-Z
MIAMI BEACH, FLORIDA 33141-3230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD.
SUITE 503
HALLANDALE, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, RENZO BARBERI

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 9, 2017**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RENZO BARBERI<br><br>*Plaintiff(s)*<br>v.<br>RICKY'S MEATS & DELI CORP., a Florida Profit Corporation, and JOSE S. MARTINEZ and MARTA MARTINEZ, Individuals<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **17-CV-23005-Ungaro/O'Sullivan** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MARTA MARTINEZ
   5555 COLLINS AVE., APT. 14-Z
   MIAMI BEACH, FLORIDA 33141-3230


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RONALD E. STERN, ESQ.
   THE ADVOCACY LAW FIRM, P.A.
   1250 E. HALLANDALE BEACH BLVD.
   SUITE 503
   HALLANDALE, FLORIDA 33009
   ATTORNEY FOR PLAINTIFF, RENZO BARBERI

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 9, 2017**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS