UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23005-UU

RENZO BARBERI.

    Plaintiff,

vs.

RICKY'S MEATS & DELI CORP.,
et al.,

    Defendants.
_____/



## NOTICE OF APPEARANCE

COMES NOW, BUJAN & MARICHAL LAW GROUP, PLLC, and files this Notice of Appearance on behalf of Defendants, RICKY'S MEATS & DELI CORP., JOSE S. MARTINEZ, and MARTA MARTINEZ, requests that all notices and pleadings be sent to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to: Ronald E. Stern, Esq., 1250 East Hallandale Beach Boulevard, Suite 503, Hallandale Beach, Florida 33009 and via email ronsternlaw@gmail.com this 20 day of September, 2017.

*BUJAN & MARICHAL LAW GROUP, PLLC*
*ATTORNEYS AT LAW*
*OCEAN BANK BUILDING, SUITE 530*
*782 N.W. LEJEUNE ROAD*
*MIAMI, FLORIDA 33126*
*TELEPHONE: (305) 442-1439*
*FACSIMILE: (305) 443-6638*
*EMAIL: bujan@bujanmarichallaw.com*

BY: _____
    *JESÚS F. BUJAN*
    *Florida Bar # 401560*



JESUS F. BUJAN, Esq.

bujan@bujanmaricahllaw.com
www.bujanmarichallaw.com

Ocean Bank Building
782 NW LeJeune Road • Suite 537
Miami, Florida 33126
305.442.1439 office • 305.443.6638 fax

September 20, 2017

Ursula Ungaro
United States District Judge
Wilkie D. Ferguson, Jr.
United States Courthouse
Room 12-4
Miami, Florida 33128

Re:   Renzo Barberi v. Ricky's Meats, et al
      Case No. 1:17-cv-23005-UU

Dear Honorable Judge Ungaro:

Please be advised that the undersigned has been retained by the Defendants Ricky's Meats & Deli Corp., Jose S. Martinez, and Marta Martinez in the above captioned case.

I have been a licensed attorney authorized to practice in the District Court for the Southern District of Florida since 1984.   I am currently not registered with PACER with the Southern District, and I am not able to file my Notice of Appearance.  I am taking the online Pacer course and should have a a login within 3 days.   I respectfully request that in the meantime I be allowed to file the attached Notice of Appearance in person at the Clerk's Office.

Very truly yours,

Jesus F. Bujan

JFB/mb

cc:   Ronald Stern, Esq.